IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY L. LAWLER and JAMES LAWLER,<br><br>Plaintiffs,<br><br>vs.<br><br>ETHICON, INC., ETHICON, LLC and JOHNSON & JOHNSON,<br><br>Defendants. | CV 21–14–M–DWM<br><br>ORDER |

Plaintiffs Mary L. Lawler and James Lawler having filed a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 2nd day of March, 2021.

Donald W. Molloy, District Judge
United States District Court

1